UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-MJ-8017-WM

UNITED STATES OF AMERICA

v.

Luis Armando Arizmendi-Garcia, et al.,

Defendants.          ▼
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___ Yes ✔ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes ✔ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___ Yes ✔ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:    _____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0772321
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561) 820-8711
Fax:    (561) 820-8777
Email:  adam.mcmichael@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY ___KJZ___ D.C.

Jan 23, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

| | |
|---|---|
| United States of America<br>v.<br>Luis Armando Arizmendi-Garcia and<br>Bianey Gonzalez-Arizmendi<br><br>Defendant(s) | Case No. 21-MJ-8017-WM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 20 - January 22, 2021  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 20 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii) | Conspiracy to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers. |

This criminal complaint is based on these facts:

See attached affidavit in support of criminal complaint

☑ Continued on the attached sheet.

_____
Complainant's signature

Tonya Sterk, Task Force Officer, DEA
Printed name and title

Subscribed and Attested to me by Applicant on this 23rd day of January, 2021 by Telephone (Facetime) per Fed. R. Crim. P. 4(d) and 4.1

Date: January 23, 2021

_____
Judge's signature

City and state:   West Palm Beach, Florida

William Matthewman, U.S. Magistrate Judge
Printed name and title

# **AFFIDAVIT**

I, Tonya Sterk, first being duly sworn, do hereby depose and state as follows:

### **Introduction**

1. This affidavit is submitted in support of a criminal complaint charging **Luis Armando Arizmendi-Garcia** ("ARIZMENDI-Garcia") and **Bianey Gonzalez-Arizmendi** ("GONZALEZ-Arizmendi") with conspiracy to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(viii).

2. Your affiant is a deputized Task Force Officer with the Drug Enforcement Administration ("DEA") and has been so since September 2020. As a Task Force Officer of the United States Department of Justice, I am authorized to conduct criminal investigations of violations of Title 21, United States Code. Your affiant is also a sworn police officer with the Boca Raton Police Services Department and has served in that capacity since 2008. Since July 2013, your affiant has been assigned to the Vice, Intelligence and Narcotics Unit with the Boca Raton Police Services Department.

3. The information contained in this affidavit is based on my own personal knowledge, as well as information provided to me by other law enforcement officers and agents. This affidavit is submitted for the limited purpose of establishing probable cause. It does not describe everything known to your affiant concerning the investigation.

## Probable Cause

4.      The DEA West Palm Beach District Office has been engaged in a drug investigation of D.M.N., also known as "Fresa," for several months. In September 2020, an undercover officer, posing as a narcotics customer, was introduced to Fresa through a confidential source. Since then, the undercover officer has purchased crystal methamphetamine from Fresa on two separate occasions, September 8, 2020, and October 22, 2020. On each occasion, Fresa coordinated the transactions and directed a courier to deliver the drugs to the undercover officer. Additionally, the undercover officer met with Fresa in West Palm Beach, Florida on November 27, 2020. During their meeting, Fresa and the undercover officer discussed future purchases of crystal methamphetamine. It should be noted that Fresa speaks Spanish, and unless otherwise noted, his communications with the undercover officer were recorded and translated from Spanish to English by the undercover officer. Those translations were used in the preparation of this affidavit, however, the translations were not verbatim, but rather, contain the substance of the conversations.

5.      On January 20, 2021, the undercover officer placed a recorded telephone call to Fresa. During the call, Fresa told the undercover officer that an individual (referring to a member of his organization) was on the way to Atlanta, Georgia to drive down "some." Based upon the investigation, the undercover officer believed Fresa was referring to crystal methamphetamine when he used the term "some." Fresa also told the undercover officer that he was hoping to do the deal the following day in the afternoon. Fresa further told the undercover officer that the individual was his "*compadre*."

6.      On January 21, 2021, at approximately 12:17 p.m., the undercover officer received a recorded voice message *via* WhatsApp from Fresa. During the voice message, Fresa told the undercover officer that the "pigeon was flying down." The undercover officer understood Fresa to

2

mean that his *compadre* had left Atlanta and was on his way to Florida with a load of crystal methamphetamine.

7. On January 21, 2021, at approximately 10:22 p.m., the undercover officer received another incoming call from Fresa. During the recorded telephone call, Fresa told the undercover officer "tomorrow at noon." The undercover officer understood that Fresa meant the load of crystal methamphetamine would be arriving in Palm Beach County on January 22, 2021, at 12:00 p.m. Fresa also told the undercover officer that it was coming in two separate vehicles. Fresa specified that one of the vehicles was there to provide security. The undercover officer asked Fresa if he was going to give all of the money to the individual (referring to Fresa's *compadre*). Fresa told the undercover officer that he was going to talk to the individual and let the undercover officer know.

8. On January 22, 2021, at approximately 8:49 a.m., the undercover officer received an incoming call from Fresa. During the call, Fresa told the undercover officer that the vehicles were two hours away. At approximately 10:29 a.m., the undercover officer received another incoming call from Fresa. During this call, Fresa advised the undercover officer that they were 15 minutes away.

9. At approximately 10:59 a.m., the undercover officer received a WhatsApp text message from Fresa. The message asked "What vehicle are you in?" Fresa also informed the undercover officer that the person the undercover officer was meeting was in a gray Explorer.

10. At approximately 11:02 a.m., law enforcement observed a 2013 silver Ford Explorer enter the parking lot of the meeting location. This location was in Palm Beach County and the Southern District of Florida. The silver Ford Explorer had only one occupant, the driver who was later identified as Luis Armando ARIZMENDI-Garcia.

3

11. At approximately 11:04 a.m., the undercover officer received an incoming call from Fresa. During call, Fresa informed the undercover officer that the individual was parked in front of a Burlington Store.

12. At approximately 11:10 a.m., the undercover officer arrived at the meeting location, which was a parking lot in Palm Beach County, Florida. The undercover officer made contact with ARIZMENDI-Garcia who was parked in front of the Burlington Store in the silver Ford Explorer. The undercover officer asked ARIZMENDI-Garcia to get into the undercover officer's vehicle. Once inside the vehicle, the undercover officer drove into a parking spot and his interactions with ARIZMENDI-Garcia were recorded. It should be noted that ARIZMENDI-Garcia speaks Spanish and his conversations with the undercover officer were translated by the undercover officer for the purpose of this affidavit. Those translations included the substance of their conversation and were not verbatim.

13. The undercover officer told ARIZMENDI-Garcia that "Primo" had told the undercover officer that he (ARIZMENDI-Garcia) had gone all the way to Atlanta. ARIZMENDI-Garcia acknowledged and confirmed that he left for Atlanta on January 20, 2021. The undercover officer then instructed ARIZMENDI-Garcia to follow the undercover officer to an office located nearby so that he (ARIZMENDI-Garcia) could count the money. The undercover officer also told ARIZMENDI-Garcia that he was instructed to give all of the money to ARIZMENDI-Garcia. ARIZMENDI-Garcia affirmed.

14. ARIZMENDI-Garcia said that there was a second vehicle with ARIZMENDI-Garcia since he did not know the undercover officer. The undercover officer asked how many other individuals were in the second vehicle. ARIZMENDI-Garcia state that there was just one person and that he (ARIZMENDI-Garcia) was protecting the second vehicle, which indicated to

4

the undercover officer that the drugs were in the second vehicle. ARIZMENDI-Garcia stated that he doesn't allow other vehicles or a police vehicle to get behind the other vehicle (referring to the load vehicle). The undercover officer instructed ARIZMENDI-Garcia to have the load vehicle get behind the undercover officer's vehicle and for ARIZMENDI-Garcia to get behind the load vehicle. ARIZMENDI-Garcia acknowledged. As ARIZMENDI-Garcia exited the undercover officer's vehicle, ARIZMENDI-Garcia asked that the undercover officer follow him to the second vehicle's location.

15. The undercover officer followed ARIZMENDI-Garcia through the shopping center parking lot. ARIZMENDI-Garcia momentarily stopped in the parking lot and directed the undercover officer to keep driving. At that point, a 2020 white Toyota Corolla began following the undercover officer. Once the undercover officer exited the shopping center, the undercover officer was followed by the white Toyota Corolla and then ARIZMENDI-Garcia in the silver Ford Explorer.

16. At approximately 11:26 a.m., all three vehicles arrived at the second location located in Palm Beach County, Florida. The driver of the white Toyota Corolla (load vehicle), later identified as Bianey GONZALEZ-Arizmendi parked the load vehicle inside an open garage. ARIZMENDI-Garcia parked the silver Ford Explorer outside the building within a gated area.

17. Both ARIZMENDI-Garcia and GONZALEZ-Arizmendi assisted the undercover officer with closing a gate to the property. The undercover officer, ARIZMENDI-Garcia and GONZALEZ-Arizmendi then walked inside the garage area where GONZALEZ-Arizmendi opened the trunk of the white Toyota Corolla. GONZALEZ-Arizmendi then removed a brown cardboard box from inside the trunk. The undercover officer watched as both ARIZMENDI-Garcia and GONZALEZ-Arizmendi began removing multiple gallon size Ziploc bags containing a white

5

crystalline substance from the cardboard box. As ARIZMENDI-Garcia and GONZALEZ-Arizmendi were counting and removing the bags from the cardboard box, an arrest signal was given by the undercover officer and both men were taken into custody.

18. After ARIZMENDI-Garcia and GONZALEZ-Arizmendi were arrested, law enforcement secured the evidence and determined that there were a total of fifteen plastic Ziploc bags within the cardboard box. The bags were later transported to DEA, where the suspected substance field tested positive for the presence of methamphetamine. Additionally, the total gross weight of the substance was found to be approximately 15,909 grams, that is, approximately 35 pounds.

19. Fresa was also arrested on January 22, 2021, by DEA. The arrest occurred in the Western District of Wisconsin, through assistance with DEA from the Madison Field Office. At the time of his arrest, Fresa was found in possession of the cellular telephone he used to communicate with the undercover officer to coordinate the delivery of the 35 pounds of crystal methamphetamine delivered by ARIZMENDI-Garcia and GONZALEZ-Arizmendi.

6

## Conclusion

20. Based on the foregoing, your affiant respectfully submits that there is probable cause to charge Luis Armando ARIZMENDI-Garcia and Bianey GONZALEZ-Arizmendi with being involved in a conspiracy with others, known and unknown, to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

FURTHER YOUR AFFIANT SAITH NAUGHT.

Tonya Sterk,
Task Force Officer, DEA

Sworn to and Attested to me by Affiant on this 23rd day of January 2021, by Telephone (Facetime) per Fed. R. Crim. P.4(d) and 4.1

HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## AMENDED PENALTY SHEET

## CASE NO. 21-MJ-8017-WM

**Defendant's Name:** <u>Luis Armando Arizmendi-Garcia,</u>

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers. | 20 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii) | Not less than 10 years' and up to Life imprisonment<br>$10,000,000 fine<br>Not less than 5 years' and up to Life supervised release<br>$100 Special Assessment |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## AMENDED PENALTY SHEET

## CASE NO. 21-MJ-8017-WM

**Defendant's Name:** <u>Bianey Gonzalez-Arizmendi,</u>

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers. | 20 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii) | Not less than 10 years' and up to Life imprisonment<br>$10,000,000 fine<br>Not less than 5 years' and up to Life supervised release<br>$100 Special Assessment |